

# IN THE COURT OF CRIMINAL APPEALS
# OF TEXAS

## NOS. WR-34,395-23, WR-34,395-24 & WR-34,395-25

### EX PARTE MICHAEL DWAYNE WHALEY, Applicant

### ON APPLICATIONS FOR WRITS OF HABEAS CORPUS
### CAUSE NOS. W91-45041-S, W92-36477-S & W93-01488-S
### IN THE 282ND DISTRICT COURT
### FROM DALLAS COUNTY

*Per curiam*.

## O R D E R

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court these applications for writs of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of two charges of aggravated robbery and one charge of engaging in organized criminal activity and sentenced to forty years' imprisonment for each charge.

In his present applications, Applicant raises five grounds for review. These applications, however, present a more serious question. This Court's records reflect that Applicant has filed at

least six prior applications pertaining to each of these convictions. It is obvious from the record that Applicant continues to raise issues that have been presented and rejected in previous applications or that should have been presented in previous applications. The writ of habeas corpus is not to be lightly or easily abused. *Sanders v. U.S.*, 373 U.S. 1 (1963); *Ex parte Carr*, 511 S.W.2d 523 (Tex. Crim. App. 1974). Because of his repetitive claims, we hold that Applicant's claims are barred from review under Article 11.07, § 4, and are waived and abandoned by his abuse of the writ. These applications are dismissed.

Therefore, we instruct the Honorable Abel Acosta, Clerk of the Court of Criminal Appeals, not to accept or file the instant applications for writs of habeas corpus, or any future applications pertaining to these convictions unless Applicant is able to show in such applications that any claims presented have not been raised previously and that they could not have been presented in a previous application for a writ of habeas corpus. *Ex parte Bilton*, 602 S.W.2d 534 (Tex. Crim. App. 1980).

Copies of this order shall be sent to the Texas Department of Criminal Justice-Correctional Institutions Division and Pardons and Paroles Division.


Filed: August 20, 2014
Do not publish